**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 97-20965
Summary Calendar
_____

RAPHAEL C. IGBOKWE,

Plaintiff-Appellant,

VERSUS

CITY OF HOUSTON,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Southern District of Texas
(H-96-CV-1667)
_____
October 19, 1998

Before Davis, Duhé, and Parker, Circuit Judges.

PER CURIAM:[*]

The judgment of the District Court is AFFIRMED, for the reasons set forth in Judge Werlein's thorough Memorandum and Order of September 24, 1997. See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.